**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA,

Case number (if known): _____   Chapter 11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: AB and J Jewelry

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 85-2107701

4. **Debtor's address**:

   Principal place of business:
   4320 Mills Circle Unit C
   Ontario, CA 91764
   Number, Street, City, State & ZIP Code

   San Bernardino
   County

   Mailing address, if different from principal place of business:
   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business:
   4320 Mills Circle Unit C Ontario, CA 91764
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**: _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __AB and J Jewelry_____   Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  **AB and J Jewelry** _____    Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
       Contact name  _____
       Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **AB and J Jewelry**   Case number (if known) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2025**
                MM / DD / YYYY

X /s/  Abraham Perez                                  Abraham Perez
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X /s/ Leonard Pena                                    Date  **August 12, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

Leonard Pena
Printed name

Pena & Soma, APC
Firm name

1003 Diamond Avenue Suite 202
South Pasadena, CA 91030
Number, Street, City, State & ZIP Code

Contact phone   **(626) 396-4000**   Email address   **lpena@penalaw.com**

192898 CA
Bar number and State

Fill in this information to identify the case:

Debtor name: AB and J Jewelry

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA,

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8fig<br>1717 W 6th St Suite 335<br>Austin, TX 78703 | | Merchant Cash Advance | | | | $342,764.49 |
| A&M P.M. LLC<br>640 S Hill St SUITE 643, Los Angeles, CA 90014<br>Los Angeles, CA 90014 | | Unsecured Loan | | | | $200,000.00 |
| AFCO CAPITAL<br>640 South Hill Street Suite 356<br>Los Angeles, CA 90014 | | Trade debt | | | | $185,000.00 |
| ALL STAR GOLD AND DIAMONDS<br>The Jewelry Building -<br>7500 Bellaire Blvd., 4th Floor, Suite # 425<br>Houston, TX 77036 | | Trade debt | | | | $143,815.00 |
| America?s Gold<br>650 S Hill St<br>Los Angeles, CA 90014 | | | | $1,263,881.77 | $0.00 | $1,263,881.77 |
| Bj Gold, Inc.<br>650 S Hill St Suite 418A,<br>Los Angeles, CA 90014 | | Trade debt | | | | $210,027.40 |
| COMEX<br>650 SOUTH HILL STREET, SUITES 624 / 629<br>Los Angeles, CA 90014 | | Trade debt | | | | $964,372.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   AB and J Jewelry                                          Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim   If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| D&B Jewelry Inc 606 S Hill St Ste 1001, Los Angeles, CA 90014 | | Trade debt | | | | $381,608.00 |
| Danny Silver Inc 650 S Hill St UNIT 314, Los Angeles, CA 90014 | | Trade debt | | | | $102,599.10 |
| Fordham Gold Mine 50 E Fordham Rd # 2, Bronx, NY 10468 | | Trade debt | | | | $174,646.00 |
| GM Gold and Diamonds LP 7500 Bellaire Blvd Suite# 720, Houston, TX 77036 | | | | $370,902.33 | $0.00 | $370,902.33 |
| GND Diamonds 818 N Broadway STE 101 Los Angeles, CA 90012 | | Trade debt | | | | $77,444.88 |
| Jessy Jewelry 17122 Slover Ave Suite k-106 Fontana, CA 92337 | | Unsecured Loan | | | | $580,000.00 |
| Oro King 606 S Hill St Suite# 701 Los Angeles, CA 90014 | | Trade debt | | | | $78,546.00 |
| Oro U 606 S. Hill Street, Suite 201 Los Angeles, CA 90014 | | Trade debt | | | | $98,506.00 |
| Shopify Capital 151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8 | | | | $368,077.45 | $0.00 | $368,077.45 |
| Shopify Inc 151 O'Connor St, Ground Floor, Ottawa, ON K2P 2L8, Canada | | Unsecured Credit | | | | $204,654.80 |
| Sjd Gold & Diamond 7500 BELLAIRE BLVD., SUITE # 317, 3RD FLOOR Houston, TX 77036 | | | | $109,374.00 | $0.00 | $109,374.00 |

Official form 204                 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                 page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor  AB and J Jewelry
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of California Department of Tax PO Bx 942879 Sacramento, CA 94279 | | | | $125,322.81 | $0.00 | $125,322.81 |
| V&P Jewelry 650 S Hill St a5, Los Angeles, CA 90014 Los Angeles, CA 90014 | | Trade debt | | | | $53,550.00 |

4320 Mills Circle Unit C
Ontario, CA 91764


Leonard Pena
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030


8fig
1717 W 6th St Suite 335
Austin, TX 78703


A&M P.M. LLC
640 S Hill St SUITE 643, Los Angeles, CA
Los Angeles, CA 90014


Abel Ortiz
Kimball, Tirey & St. John LLP,
2040 Main St Ste 500
Irvine, CA 92614


AFCO CAPITAL
640 South Hill Street Suite 356
Los Angeles, CA 90014


ALL STAR GOLD AND DIAMONDS
The Jewelry Building -
7500 Bellaire Blvd., 4th Floor, Suite #
Houston, TX 77036


America's Gold
650 S Hill St
Los Angeles, CA 90014

Anye Jewelry
608 South Hill Street, Suite 400
Los Angeles, CA 90014


Arsenal Funding, PROSPERUM CAPITAL
15 W 36TH STREET, 11TH FL.
New York, NY 10018


Bj Gold, Inc.
650 S Hill St Suite 418A,
Los Angeles, CA 90014


COMEX
650 SOUTH HILL STREET, SUITES 624 / 629
Los Angeles, CA 90014


CORPORATION SERVICE COMPANY, AS REPRESEN
P.O. BOX 2576
Springfield, IL 62708


CT Corporation System
330 N BRAND BLVD
SUITE 700; ATTN: SPRS
Glendale, CA 91203


D&B Jewelry Inc
606 S Hill St Ste 1001,
Los Angeles, CA 90014


Danny Silver Inc
650 S Hill St UNIT 314,
Los Angeles, CA 90014

DELUXOR JEWELRY INC
650 S Hill St # 618, Los Angeles, CA 900
Los Angeles, CA 90014


Employment Development Department
Bankruptcy Group MIC 92E
PO BOX 826880
Sacramento, CA 94280-0001


Epic Advance
311 Boulevard of the Americas Lakewood,
Lakewood, NJ 08701


F & F International Gold Center
650 S Hill St, Ste 417, Los Angeles, CA
Los Angeles, CA 90014


Fordham Gold Mine
50 E Fordham Rd # 2,
Bronx, NY 10468


Forward Financing
53 State Street, 20th Floor
Boston, MA 02109


Franchise Tax Board Bankruptcy Section
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


GM Gold and Diamonds LP
7500 Bellaire Blvd Suite# 720,
Houston, TX 77036

GND Diamonds
818 N Broadway STE 101
Los Angeles, CA 90012


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jessy Jewelry
17122 Slover Ave Suite k-106
Fontana, CA 92337


Jisoo Hwang
Law Office of Jisoo Hwang
6281 Beach Blvd Ste 108
Buena Park, CA 90621


LITEFUND SOLUTIONS LLC
99 WALL ST STE 2613,
New York, NY 10005-2025


Melanie's Earrings
650 S Hill St Ste 428
Los Angeles, CA 90014


Middesk, Inc. as representative
9450 SW Gemini Drive
PMB 71516
Beaverton, OR 97008


Mills Circle Partners, LLC
Attn: Berj Hanessian
23 Corporate Plaza Suite 247
Newport Beach, CA 92660

Mint Funding
105 Bakertown Rd,
Monroe, NY 10950


Mirage Wholesale Jewelry
650 S Hill St, Ste 327
Los Angeles, CA 90014


Onramp Funds
1705 S Capital of Texas Hwy
Austin, TX 78746


Oro Elefante
606 S Hill St 601 6th floor, Los Angeles
Los Angeles, CA 90014


Oro King
606 S Hill St Suite# 701
Los Angeles, CA 90014


Oro U
606 S. Hill Street, Suite 201
Los Angeles, CA 90014


SEAMLESS FUNDING LLC
2001 Hollywood Boulevard
Hollywood, FL 33020


Shans Jewelry
606 S Hill St #303, Los Angeles, CA 9001
Los Angeles, CA 90013

Shopify Capital
151 O'Connor Street, Ground floor, Ottaw

Shopify Inc
151 O'Connor St, Ground Floor, Ottawa, O

Siddiqui Company, Inc.
650 S. Hill Street, Suite 224
Los Angeles, CA 90014

Silver Palace
640 South Hill Street #365 & M28,
Los Angeles, CA 90014

Sjd Gold & Diamond
7500 BELLAIRE BLVD., SUITE # 317, 3RD FL
Houston, TX 77036

State of California Department of Tax
PO Bx 942879
Sacramento, CA 94279

TROFEO CAPITAL LLC
398 E DANIA BEACH BLVD #297
Dania, FL 33004

V&P Jewelry
650 S Hill St a5, Los Angeles, CA 90014
Los Angeles, CA 90014